B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Arizona
Case No. **2:09−bk−15900−GBN**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
HOANG PHUONG NGUYEN                TAM MINH THAI
13504 W PECK DR                     13504 W PECK DR
LITCHFIELD PARK, AZ 85340           LITCHFIELD PARK, AZ 85340

Social Security / Individual Taxpayer ID No.:
xxx−xx−2367                         xxx−xx−6299

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                  BY THE COURT

Dated: 10/19/09                     George B. Nielsen Jr.
                                    United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Oct 21, 2009.
```
db/jdb      +HOANG PHUONG NGUYEN,   TAM MINH THAI,   13504 W PECK DR,   LITCHFIELD PARK, AZ 85340-5317
aty          JOSEPH W. CHARLES,   PO BOX 1737,   GLENDALE, AZ  85311-1737
tr          +LAWRENCE J. WARFIELD,   P.O. BOX 14647,   SCOTTSDALE, AZ 85267-4647
8258250      BANK OF AMERICA,   P. O. Box 15710,   Wilmington DE 19886-5726
8258252     +Capital One Bank,   P.O. Box 60599,   City Of Industry CA 91716-0599
8258255     +Citi,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City MO 64195-0507
8258258     +Hiep Nguyen ( Brother Force, L.L.C.),   920 Big Bear Ct,   Milpitas CA 95035-6954
8258259     +Lease Finance Group Ll,   132 West 31st St,   14th Floor,   New York NY 10001-3406
```

The following entities were noticed by electronic transmission on Oct 19, 2009.
```
tr          +EDI: BLJWARFIELD.COM Oct 19 2009 18:58:00      LAWRENCE J. WARFIELD,   P.O. BOX 14647,
             SCOTTSDALE, AZ 85267-4647
smg          EDI: AZDEPREV.COM Oct 19 2009 18:58:00      AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
             1600 W. MONROE, 7TH FL.,   PHOENIX, AZ  85007-2650
8258248     +EDI: AMEREXPR.COM Oct 19 2009 18:58:00      AMERICAN EXPRESS,   BOX 0001,
             Los Angeles CA 90096-8000
8258247     +EDI: BECKLEE.COM Oct 19 2009 18:58:00      American Express,   c/o Becket and Lee,   Po Box 3001,
             Malvern PA 19355-0701
8258250      EDI: BANKAMER2.COM Oct 19 2009 18:58:00      BANK OF AMERICA,   P. O. Box 15710,
             Wilmington DE 19886-5726
8258249     +EDI: BANKAMER.COM Oct 19 2009 18:58:00      Bac / Fleet Bankcard,   Po Box 26012,
             Greensboro NC 27420-6012
8258251     +EDI: CAPITALONE.COM Oct 19 2009 18:58:00      Capital 1 Bank,   Attn: C/O TSYS Debt Management,
             Po Box 5155,   Norcross GA 30091-5155
8258253     +EDI: CHASE.COM Oct 19 2009 18:58:00      Chase,   800 Brooksedge Blvd,   Westerville OH 43081-2822
8258254     +EDI: CHASE.COM Oct 19 2009 18:58:00      Chase - Cc,   Attention: Banktruptcy Department,
             Po Box 100018,   Kennesaw GA 30156-9204
8258255     +EDI: CITICORP.COM Oct 19 2009 18:58:00      Citi,   Attn: Centralized Bankruptcy,   Po Box 20507,
             Kansas City MO 64195-0507
8258256     +EDI: DISCOVER.COM Oct 19 2009 18:59:00      Discover Financial,
             Attention: Bankruptcy Department,   Po Box 3025,   New Albany OH 43054-3025
8258257     +EDI: BANKAMER.COM Oct 19 2009 18:58:00      Fia Csna,   Po Box 26012,   Nc4-105-02-77,
             Greensboro NC 27420-6012
8360702      EDI: RECOVERYCORP.COM Oct 19 2009 18:58:00      Recovery Management Systems Corporation,
             25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
8258260     +EDI: CHASE.COM Oct 19 2009 18:58:00      WAMU,   P. O. Box 78065,   Phoenix AZ 85062-8065
8258261     +EDI: CHASE.COM Oct 19 2009 18:58:00      Washington Mutual / Providian,   Attn: Bankruptcy Dept.,
             Po Box 10467,   Greenville SC 29603-0467
                                                                                               TOTAL: 15
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           +++Recovery Management Systems Corporation
8287263*     +AMERICAN EXPRESS,   BOX 0001,   Los Angeles CA 90096-8000
8287262*     +American Express,   c/o Becket and Lee,   Po Box 3001,   Malvern PA 19355-0701
8287265*      BANK OF AMERICA,   P. O. Box 15710,   Wilmington DE 19886-5726
8287264*     +Bac / Fleet Bankcard,   Po Box 26012,   Greensboro NC 27420-6012
8287266*     +Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,   Norcross GA 30091-5155
8287267*     +Capital One Bank,   P.O. Box 60599,   City Of Industry CA 91716-0599
8287268*     +Chase,   800 Brooksedge Blvd,   Westerville OH 43081-2822
8287269*     +Chase - Cc,   Attention: Banktruptcy Department,   Po Box 100018,   Kennesaw GA 30156-9204
8287270*     +Citi,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City MO 64195-0507
8287271*     +Discover Financial,   Attention: Bankruptcy Department,   Po Box 3025,
              New Albany OH 43054-3025
8287272*     +Fia Csna,   Po Box 26012,   Nc4-105-02-77,   Greensboro NC 27420-6012
8287273*     +Hiep Nguyen ( Brother Force, L.L.C.),   920 Big Bear Ct,   Milpitas CA 95035-6954
8287274*     +Lease Finance Group Ll,   132 West 31st St,   14th Floor,   New York NY 10001-3406
8287275*     +WAMU,   P. O. Box 78065,   Phoenix AZ 85062-8065
8287276*     +Washington Mutual / Providian,   Attn: Bankruptcy Dept.,   Po Box 10467,
              Greenville SC 29603-0467
                                                                                           TOTALS: 1, * 15
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 21, 2009**                    **Signature:**      *Joseph Speetjens*